ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
Email: Priscilla.Obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BAYSIDE WATCH AS SMQ INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMCO INSURANCE COMPANY DBA NATIONWIDE, <br><br> Defendants. | CASE NO. 2:16-cv-01242-GMN-VCF <br><br> STIPULATION AND ORDER TO MOVE SETTLEMENT CONFERENCE WITH THE MAGISTRATE JUDGE |

The parties, by and through their counsel of record hereby file this stipulation requesting this court to move the settlement conference currently set for 10:00 a.m. on January 23, 2018 before United States Magistrate Judge, Cam Ferenbach. The parties request this as the representative of Nationwide who has authority to settle this matter and is the Nationwide representative primarily responsible for the claim is unavailable to attend on January 23, 2018 due to a prior commitment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4840-5874-2873.1

The parties request that the settlement conference be reset to February 16, 2018. If this date is not available, the parties request that the settlement conference be reset to February 27 or 28, 2018.

DATED this 20th day of December, 2017.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Priscilla L. O'Briant, Esq.
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

DATED this 20th day of December, 2017.

LAW OFFICE OF MALIK W. AHMAD

/s/ Malik W. Ahmad, Esq.
MALIK W. AHMAD, ESQ.
Bar No. 10305
8072 W. Sahara Ave., Suite A
Las Vegas, NV 89117
*Attorneys for Plaintiff*

## **ORDER**

**IT IS SO ORDERED:**

Dated this 20th day of December, 2017.

_____
**UNITED STATES MAGISTRATE JUDGE**

The settlement conference is scheduled for January 23, 2018 is RESCHEDULED to 10:00 AM, February 16, 2018. The confidential statement is due by 4:00 PM, February 9, 2018. All else as stated in the Order (ECF No. 27) remains unchanged.