1  ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 003062
2  Email: Robert.Freeman@lewisbrisbois.com
   PRISCILLA L. O'BRIANT, ESQ.
3  Nevada Bar No. 010171
   Email: Priscilla.Obriant@lewisbrisbois.com
4  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant*

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11   BAYSIDE WATCH AS SMQ INC.,              CASE NO. 2:16-cv-01242-GMN-VCF

12              Plaintiff,

13        vs.                                **STIPULATION AND ORDER FOR
                                             DISMISSAL WITH PREJUDICE**
14   AMCO INSURANCE COMPANY DBA
     NATIONWIDE,

15
                Defendants.
16

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

4838-9811-9262.1

1   The parties, by and through their respective undersigned counsel of record, agree and

2   stipulate that all claims against AMCO INSURANCE COMPANY in the above-entitled action

3   shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys'

4   fees.

5   IT IS SO STIPULATED.

6   DATED this 20 day of February, 2018.          DATED this 23rd day of February, 2018.

7   LEWIS BRISBOIS BISGAARD & SMITH          LAW OFFICE OF MALIK W. AHMAD

8

9

10  ROBERT W. FREEMAN, ESQ.                     MALIK W. AHMAD, ESQ.
    Nevada Bar No. 003062                          Bar No. 10305
11  PRISCILLA L. O'BRIANT, ESQ.                    8072 W. Sahara Ave., Suite A
    Nevada Bar No. 10171                           Las Vegas, NV 89117
12  6385 S. Rainbow Boulevard, Suite 600           *Attorneys for Plaintiff*
    Las Vegas, Nevada 89118
13  *Attorneys for Defendant*

14

15                                    **ORDER**

16  **IT IS SO ORDERED:**

17      Dated this ___2___ day of April, 2018.

18

19

20  _____
    UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW